STATE OF NEW JERSEY v. SENEN MEDINA.

September 5, 1985.

Petition for certification denied.   (See 201 *N.J.Super.* 565)

STATE OF NEW JERSEY v. RICHARD FRAY.

September 5, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. VITO POLISENO.

September 5, 1985.

Petition for certification denied.

WILLIAM BUTLER AND MILDRED BUTLER v.
PPG INDUSTRIES, INC.

September 5, 1985.

Petition for certification denied.   (See 201 *N.J.Super.* 558)